**LAW OFFICE OF THOMAS R. ASHLEY**
ROBERT TREAT CENTER
50 PARK PLACE, SUITE 1400
NEWARK, NEW JERSEY 07102
TEL: (973) 623-0501
FAX: (973) 623-0329

April 1, 2014

Honorable Michael Shipp
United States District Court Judge
United States District Court
402 East State Street
Trenton, New Jersey 08608

**Re:**   **United States v. Shawn L. Craig**
         **Docket No. 13-00618-001**

Dear Judge Shipp:

    I represent Shawn L. Craig in the above captioned matter. Pursuant to the sentencing guideline standing order, the final presentence report shall be submitted no later than twenty-five (25) days prior to sentencing. In this matter the final presentence report was received on March 20, 2014. The sentencing date is presently scheduled for April 9, 2014.

    At this time I am requesting an adjournment of the sentencing date because I was not given sufficient time to file the sentencing memorandum which is due ten (10) days prior to sentencing. Although AUSA Maureen Nakly, Esq., is unable to consent to an adjournment of the sentencing date at this time, I am requesting that the court allow me the time to file the sentencing memorandum as provided for and directed by the standing order.

    My earnest thanks for your anticipated cooperation in this matter.

Respectfully yours,

Thomas R. Ashley

TRA/mj

cc:   Maureen Nakly, AUSA