UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA
(Plaintiff)

Docket No.: 13-CR-618-01
Judge: Michael A. Shipp

v.

SHAWN L. CRAIG
(Defendant)

---------------------------------------------/

### NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT

Notice is hereby given that <u>SHAWN L. CRAIG</u>
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from the

[X] Judgment, [ ] Order, [ ] Other _____
(Specify)
of the United States District Court, District of New Jersey, entered in this action on

<u>April 09, 2014</u> . (Date)


DATED: APRIL 14, 2014

*THOMAS R. ASHLEY*
/s/
THOMAS R. ASHLEY, ESQ.
ATTORNEY ID: 242391967

50 Park Place (Suite #1400)
Newark, N.J. 07102
(973)623-0501/Fax (973)623-0329
ATTORNEYS FOR DEFENDANT SHAWN L. CRAIG