# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 11, 2014
BCO-022

No. <u>14-1925</u>

UNITED STATES OF AMERICA

v.

SHAWN L. CRAIG,
Appellant

(D.N.J. No. 3-13-cr-00618-001)

Present:     AMBRO, JORDAN and KRAUSE, <u>Circuit Judges</u>

1. Motion by Appellee USA to Enforce Appellate Waiver and for Summary
   Affirmance.

2. Response by Appellant in Opposition to Motion to Enforce Appellate
   Waiver and for Summary Affirmance.

3. Reply by Appellee USA in Further Support of Motion for Summary
   Dismissal.

Respectfully,
Clerk/cnd

_____ **O R D E R** _____

The foregoing Motion by Appellee to Enforce Appellate Waiver and for Summary
Affirmance is granted.

By the Court,

<u>s/ Thomas L. Ambro</u>
Circuit Judge

Dated:       December 19, 2014
cnd/cc:      Mark E. Coyne, Esq.
             John F. Romano, Esq.
             Thomas R. Ashley, Esq.

**Certified as a true copy and issued in lieu
of a formal mandate on** January 13, 2015

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 11, 2014
BCO-022

No. 14-1925

## UNITED STATES OF AMERICA

v.

## SHAWN L. CRAIG,
Appellant

(D.N.J. No. 3-13-cr-00618-001)

Present:     AMBRO, JORDAN and KRAUSE, Circuit Judges

1. Motion by Appellee USA to Enforce Appellate Waiver and for Summary Affirmance.

2. Response by Appellant in Opposition to Motion to Enforce Appellate Waiver and for Summary Affirmance.

3. Reply by Appellee USA in Further Support of Motion for Summary Dismissal.

Respectfully,
Clerk/cnd

_____ **O R D E R** _____

The foregoing Motion by Appellee to Enforce Appellate Waiver and for Summary Affirmance is granted.

By the Court,

s/ Thomas L. Ambro
Circuit Judge

Dated:     December 19, 2014
cnd/cc:     Mark E. Coyne, Esq.
            John F. Romano, Esq.
            Thomas R. Ashley, Esq.

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



January 13, 2015

Mr. William T. Walsh
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building and United States Courthouse
402 East State Street
Trenton, NJ 08608

RE: USA v. Shawn Craig
Case Number: 14-1925
District Case Number: 3-13-cr-00618-001

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: Cara/cnd
267-299-4210

Thomas R. Ashley, Esq.
Mark E. Coyne, Esq.
John F. Romano, Esq,